[No. 42356-8-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAY
WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05935-2, Bobbe J. Bridge, J., entered
March 17, 1998. *Dismissed* by unpublished per curiam
opinion.


Nos. 42624-9-I; 42635-4-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. QUY NGOC
DANG, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 93-1-04981-8, Jim Street, J., entered April 9,
1998. *Dismissed* by unpublished per curiam opinion.


[Nos. 15808-0-III; 15818-7-III;  Division Three.  March 23, 1999.]
16185-4-III.

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS L.
FRANK, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Oka-
nogan County, Nos. 95-1-00206-2, 95-1-00215-1, Kenneth
L. Jorgensen, J., entered May 10 and October 7, 1996. *Af-
firmed* by unpublished opinion per Sweeney, J., concurred
in by Kurtz, A.C.J., and Kato, J.


[No. 16479-9-III.    Division Three.    March 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DWAYNE
GRIMM, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01159-3, Robert D. Austin, J.,
entered March 6, 1997. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Schultheis, C.J., and Kurtz,
J.